THATFORD SASH AND DOOR CORPORATION, Respondent, v. KINGSBORO MORT-GAGE CORPORATION, Appellant.— On reargument, █ judgment and orders reversed on the law and the facts and a new trial granted, costs to appellant to abide the event, upon the ground that the verdict is against the weight of the evidence and upon the further ground that it was error to admit proof of defendant's purchase of the property on the subsequent foreclosure (fol. 519). Lazansky, P. J., Young, Hagarty and Tompkins, JJ., concur; Kapper, J., dissents and votes to affirm.

SAMUEL WAXMAN, Respondent, v. JACOB WILLIAMSON, Appellant.— Order denying, on reargument, defendant's motion to dismiss the complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

In the Matter of HERBERT N. WARBASSE, an Attorney.— Motion for reinstatement granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MARCUS FRIEDLANDER, Plaintiff, v. MYRA LESSER, Defendant, Impleaded with SAMUEL COLEMAN and SEDAN REALTY CORPORATION, Respondents. JOSEPH H. STEIN, as Trustee in Bankruptcy of the Estate of MYRA LESSER, Applying for Leave to Intervene as Party Defendant, Appellant.— Order denying motion for leave to intervene as a party defendant affirmed, without costs, it having been stipulated in open court that Joseph H. Stein, as trustee in bankruptcy of the estate of Myra Lesser, be made a party plaintiff in place and stead of Marcus Friedlander, plaintiff, who, on the motion resulting in the order from which the appeal is taken, consented that said Stein be permitted to intervene as a party defendant in order that he may assert his right to recover for the benefit of all the creditors. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

KATHERINE ALCHERMES, as Administratrix, etc., of WILLIAM J. ALCHERMES, Deceased, Appellant, v. BROOKLYN EDISON COMPANY, INC., Respondent.— Motion to resettle order denied. Motion for reargument of motion denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

LEO BERGSMANN, Respondent, v. IRVING ENGEL, Defendant, and CLARENCE W. DEATS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.